**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIRST DIVISION**

---

Court File No. 04-454 (MJD/SRN)

Richard McKee,

Plaintiff,

vs.

***STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER*** AND ORDER

Wal-Mart Stores, Inc.,

Defendant.

---

It is hereby agreed to and stipulated by and between the parties to the above action, through their respective counsel, that the Court's Pretrial Scheduling Order filed April 27, 2001 be amended, as follows:

1. Paragraph 3 of the Pretrial Scheduling Order filed April 27, 2001 be amended to read as follows:

   3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

      a. By Plaintiff(s) on or before November 1, 2001.
      b. By Defendant(s) on or before December 1, 2001.

Dated: 9/24/01

SUK LAW FIRM, LTD.

By [signature]
Charles James Suk
Attorney for Plaintiff
Five East Center Street
Suite 200
Rochester, MN 55904
(507) 281-0000
Attorney Reg. No. 106914

Dated: 9/26/01

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By [signature]
Andrew L. Marshall
Attorney for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis MN 55402-3787
(612) 376-1623
Attorney Reg. No. 176849

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation of the parties to this action,

IT IS HEREBY ORDERED:

1. That Paragraph 3 of the Pretrial Scheduling Order filed April 27, 2001 is amended to read as follows:

> 3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
>
> c. By Plaintiff(s) on or before November 1, 2001.
> d. By Defendant(s) on or before December 1, 2001.

Dated: October 1, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge